JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re GEORGIY LYUDYNO, Debtor. | EDCV 23-1226 DSF <br><br> Bk. Case No. 6:23-bk-12591-WJ <br><br> JUDGMENT |
| GEORGIY LYUDYNO, Appellant, <br><br> v. <br><br> U.S. TRUSTEE, Appellee. | |

The Court having issued an order to show cause why this appeal should not be dismissed for lack of prosecution and Appellant not having responded in the time allowed,

IT IS ORDERED AND ADJUDGED that the appeal is DISMISSED.

Date: September 6, 2023

*Dale S. Fischer*
Dale S. Fischer
United States District Judge